IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ANDREW MARTINEZ                      §

VS.                                  §          CIVIL ACTION NO.    1:05-CV-752

MATT CAMPBELL, ET AL.                §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Andrew Martinez, a federal prisoner, proceeding *pro se*, brought this civil rights action against Lieutenant Matt Campbell, Unit Manager Floyd Showers, Unit Manager Davis, Unit Manager Smith, Case Manager Singleton, and the Regional Director of the South Central Regional Office.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **27** day of **April, 2006.**

_____
Ron Clark, United States District Judge